IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STEVEN F. HOTZE, M.D., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>Defendants. | 2:24-CV-210-Z |

**ORDER**

Before the Court is the parties' Joint Status Report (ECF No. 49), filed April 9, 2025, in response to this Court's order (ECF No. 48) staying all case proceedings until April 11, 2025.

The parties "have continued to confer on the appropriate way to progress or resolve this case" and agree that all case proceedings should be stayed "pending the Fifth Circuit's decision in in the matter captioned *Texas Top Cop Shop, Inc., et al., v. Bondi, et al.*, No. 24-40792 (5th Cir.)." ECF No. 49 at 1. Accordingly, Defendants' deadline to answer or otherwise respond to Plaintiffs' complaint (ECF No. 1) is **STAYED**. The parties are **ORDERED** to submit a joint status report detailing any updates in *Texas Top Cop Shop* or settlement negotiations following issuance of the instant Order.

**SO ORDERED.**

April 14, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE